UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| ALDO DE LEON RESENDIZ,<br>Plaintiff, | )<br>)<br>)<br>) | |
| vs. | )<br>) | **JUDGMENT**<br>**CASE NO. 5:20-CV-692-M** |
| EXXON MOBIL CORPORATION,<br>Defendant. | )<br>)<br>)<br>) | |

**Decision by Court.**

**This action came before the Honorable Richard E. Myers II, Chief United States District Judge, for ruling as follows:**

**IT IS ORDERED, ADJUDGED, AND DECREED** that pursuant to the court's order entered at Docket Entry 26 on September 28, 2021, Defendant's motion to dismiss Plaintiffs Class Action Complaint [DE14] is GRANTED.

This Judgment filed and entered on September 28, 2021, and copies to:
Counsel record for all parties (via US CM/ECF Electronic Notification)

September 28, 2021

Peter A. Moore, Jr.
Clerk of Court

By: /s/ Kimberly R. Waddell
Deputy Clerk