FILED: October 26, 2021

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 21-2211
(5:20-cv-00692-M)

_____

ALDO DE LEON RESENDIZ, individually and on behalf of all others similarly situated

        Plaintiff - Appellant

v.

EXXONMOBIL CORPORATION

        Defendant - Appellee

This case has been opened on appeal.

| | |
|---|---|
| Originating Court | United States District Court for the Eastern District of North Carolina at Raleigh |
| Originating Case Number | 5:20-cv-00692-M |
| Date notice of appeal filed in originating court: | 10/22/2021 |
| Appellant(s) | Aldo De Leon Resendiz |
| Appellate Case Number | 21-2211 |
| Case Manager | Marcy E. Beall |