IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Case No. 5:20-CV-00692-M

| | |
|---|---|
| ALDO DE LEON RESENDIZ, individually and on behalf of all others similarly situated, ) ) ) Plaintiff, ) ) v. ) ) EXXON MOBIL CORPORATION, ) ) Defendant. ) | ORDER |

This matter comes before the court on the "Notice of Withdrawal for Belinda Escobosa Helzer," which has been construed as a motion [DE 31]. For good cause shown, the motion is GRANTED. Ms. Helzer's representation of the Plaintiff in this case is terminated. Plaintiff will continue to be represented by Andres Holguin-Flores and Deylin Thrift-Viveros.

SO ORDERED this 29th day of October, 2021.

RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE