FILED: July 10, 2023

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

No. 21-2211
(5:20-cv-00692-M)

———————————

ALDO DE LEON RESENDIZ, individually and on behalf of all others similarly
situated

> Plaintiff - Appellant

v.

EXXON MOBIL CORPORATION

> Defendant - Appellee

———————————

J U D G M E N T

———————————

In accordance with the decision of this court, the judgment of the district

court is affirmed.

This judgment shall take effect upon issuance of this court's mandate in

accordance with Fed. R. App. P. 41.

/s/ PATRICIA S. CONNOR, CLERK