FILED: August 15, 2023

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 21-2211
(5:20-cv-00692-M)

_____

ALDO DE LEON RESENDIZ, individually and on behalf of all others similarly
situated

        Plaintiff - Appellant

v.

EXXON MOBIL CORPORATION

        Defendant - Appellee

_____

M A N D A T E

_____

The judgment of this court, entered July 10, 2023, takes effect today.

This constitutes the formal mandate of this court issued pursuant to Rule

41(a) of the Federal Rules of Appellate Procedure.

*/s/Patricia S. Connor, Clerk*